**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEWAYNE ELLIOTT                                                                                              PLAINTIFF

V.                                        NO: 3:10CV00267 SWW/HDY

CHRISTOPHER ELLIS *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to continue with his lawsuit (docket entry #25) is GRANTED.

2. Defendants' motion to dismiss (docket entry #22) is DENIED.

DATED this 16th day of September, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE