IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEWAYNE ELLIOTT                                                                                    PLAINTIFF

V.                                            NO: 3:10CV00267 SWW

CHRISTOPHER ELLIS *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of November 2013.

*/s/Susan Webber Wright*

UNITED STATES MAGISTRATE JUDGE